Howard P. WILLIAMS, Relator,

v.

GRAND RAPIDS BAPTIST CHURCH,
Uninsured, Respondent,

and

Calvary Pines Baptist Church,
Uninsured, Respondent,

and

SMDC Health System, MN. Dept. of
Labor & Industry/VRU, Arrowhead
Consultation Services, Intervenors,

and

Special Compensation Fund.

No. A06–1875.

Supreme Court of Minnesota.

Jan. 24, 2007.

Hon. Thomas L. Johnson, Workers
Compensation Court of Appeals.

James W. Balmer, Falsani, Balmer, Peterson, Quinn & Beyer, Duluth, MN, for
Relator.

James A. Wade, Johnson, Killen & Seiler, PA, Duluth, MN, for respondent Grand
Rapids Baptist Church.

Lori Swanson, Attorney General, Rory
H. Foley, Asst. Attorney General, St. Paul,
MN, for respondent MN Dept. of Labor
and Industry, Special Compensation Fund.

ORDER

Based upon all the files, records, and
proceedings herein,

IT IS HEREBY ORDERED that the
decision of the Workers' Compensation
Court of Appeals filed September 12, 2006,

be, and the same is, affirmed without opinion. *See Hoff v. Kempton,* 317 N.W.2d
361, 366 (Minn.1982) (explaining that,
"[s]ummary affirmances have no precedential value because they do not commit
the court to any particular point of view,"
doing no more than establishing the law of
the case).

BY THE COURT:

/s/Helen M. Meyer
Associate Justice